IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-07299

Judge John Robert Blakey

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT |
|---|---|
| 234 | bestgoal4you |
| 461 | Go Jerry's |
| 543 | Loong |
| 836 | Weihong |
| 99 | Pinze EC Co., Ltd. Store |
| 434 | Ever lights LLC |
| 17 | Dongguan Daxin Rubber Electronic Co., Ltd. |
| 178 | WEIRONG Store |
| 231 | auchans-us |
| 487 | Hotcity |
| 313 | rose_store88 |
| 325 | sunsmile*8899 |

| 260 | fashion_accessory*2015 |
|---|---|
| 262 | finding-wholesale |
| 795 | Cinlla |
| 242 | cdcdnaisi2018-5 |
| 571 | miracle shen |
| 491 | HuBei six minutes Co.,ltd |
| 446 | feyman |
| 528 | Lisawu77 |
| 600 | Pandaoo Electionics co.ltd |
| 254 | eastar4 |
| 282 | Ilooke |
| 228 | Andyoume |
| 335 | yoga5188 |
| 308 | perfectyou05 |
| 320 | shoppingnewfrog |
| 273 | happyeasybuy01 |
| 172 | top.seller_c |
| 832 | Top Cloud |
| 349 | Achievement2017 |
| 433 | Embracefull |
| 607 | Phone_face |
| 264 | Funshopzs |
| 312 | romantic-meet |
| 239 | buyoung2703 |
| 276 | honeystore2011 |
| 114 | Shanghai Sandi Industrial Co., Ltd. |
| 787 | Amirago |
| 772 | zhenwenying |
| 667 | tinymall |
| 757 | yoyovigor |

| | |
|---|---|
| 616 | quotein |
| 368 | azulzou |
| 519 | leoflake |
| 565 | Minecarts |
| 665 | TinkSky Beauty Store |
| 656 | taramee |
| 344 | 2cn2880 |
| 781 | zlamor |
| 625 | service0 |
| 702 | wojiadedangpu |
| 699 | Windy-night |
| 289 | kydr940dhe3 |
| 268 | good-news98 |
| 304 | passionate-lifeshine |
| 256 | electronic-pilot |
| 307 | peoplestechnology |
| 179 | Wenzhou Haowan International Trade Co., Ltd. |
| 306 | pengshuai2011 |
| 681 | Vitastore |
| 469 | guoyandi |
| 585 | nbxcl |
| 748 | yiren store |
| 21 | Dongguan Luxing Silicone Products Ltd. |
| 96 | Ocean Toys |
| 265 | futurebuy21 |
| 136 | Shenzhen Hua Ze Union Electronic Co., Ltd. |
| 118 | Shantou Chenghai Hanye Toys Industrial Co., Ltd. |
| 574 | MonStore |
| 442 | FDGRT |
| 628 | ShangHai H&Q Technology Co.,Ltd |

| | |
|---|---|
| 784 | zxj_1 |
| 327 | tobenoone |
| 293 | lusomuch |
| 267 | galaxycentre13 |
| 317 | shallwe-dream |
| 263 | fulllove365 |
| 257 | excellentideas |

DATED:  December 20, 2018

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.